BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BROWN<br>xxx-xx-3748<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   15-293 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from July 10, 2015, to August 12, 2015, all other deadlines extended accordingly.  This extension is required due to the counsel's crowded briefing schedule and the need to work on older briefs.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 10, 2015 | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |

Dated: July 10, 2015

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration

/s/ <u>Lynn Harada</u>
LYNN HARADA
Special Assistant United States Attorney

Attorneys for Defendant

Dated:   July 14, 2015.

APPROVED AND SO ORDERED.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE