BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BROWN<br>XXX-XX-3748<br><br>      Plaintiff,<br>v.<br><br>COMMISSIONER OF SSA<br><br>      Defendant. | Case No.: 2:15-cv-0293-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from August 12, 2015, to August 20, 2015, all other deadlines extended accordingly. This extension is required due to the counsel's crowded briefing schedule and expanded care taking duties.

////

////

////

////

////

-1-

| | |
|---|---|
| Dated: August 11, 2015 | /s/Bess M. Brewer |
| | BESS M. BREWER |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: August 11, 2015 | Benjamin B. Wagner |
| | United States Attorney |
| | |
| | Deborah Lee Stachel |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | /s/ Lynn Harada |
| | LYNN HARADA |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated: August 13, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE